UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS TAYLOR, #361170,

    Plaintiff,

v.

          File No:  1:10-CV-94

          HON. ROBERT HOLMES BELL

TERRILYNN HILLIS, et al.,

    Defendants.
                                /

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On November 28, 2011, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Plaintiff's motions for entry of default judgments (Dkt. Nos. 91, 92, 93), Defendants Lacy and Hillis's motion to dismiss (Dkt. No. 95), and Defendant Heebsh's motion to dismiss (Dkt. No. 96) be denied.  (Dkt. No. 109, R&R.)  The R&R was duly served on the parties.  No objections have been filed,  and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the November 28, 2011, R&R (Dkt. No. 109) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motions for entry of default judgments (Dkt. Nos. 91, 92, 93) are **DENIED**.

**IT IS FURTHER ORDERED** that Defendants Lacy and Hillis's motion to dismiss (Dkt. No. 95) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Heebsh's motion to dismiss (Dkt. No. 96) is **DENIED**.

Dated: December 19, 2011                               /s/ Robert Holmes Bell
　　　　　　　　　　　　　　　　　　　　　　　ROBERT HOLMES BELL
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE