UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARCUS TAYLOR, #361170,

      Plaintiff,

                                  File No:  1:10-CV-94

v.

                                  HON. ROBERT HOLMES BELL

TERILYNN HILLIS, et al.,

      Defendants.
                               /

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On March 20, 2014, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Defendants' Hillis, Heebsh, and Nogueras's motions for summary judgment (Dkt. Nos. 190, 193) be granted, that Defendants' Heebsh and Hillis's Rule 41(b) motion for involuntary dismissal (Dkt. No. 204) be dismissed as moot, and that judgment be entered in Defendants' favor on all of Plaintiff's claims.  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

      **IT IS HEREBY ORDERED**  that the R&R (Dkt. No. 209) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motions for summary judgment (Dkt. Nos. 190, 193) are **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Rule 41(b) motion for involuntary dismissal (Dkt. No. 204) is **DISMISSED AS MOOT**.


Dated:  April 15, 2014                              /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    UNITED STATES DISTRICT JUDGE